BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO.  13-033-TLN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JACKIE LESTER SHOULTS, ET AL, ) | |
| ) | |
| Defendant. ) | |
| | |
| UNITED STATES OF AMERICA, ) | CR NO.  13-169-LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) ORDER RELATED CASES | |
| JACKIE LESTER SHOULTS, ) | |
| Defendant. ) | |

Examination of the above-captioned matter, CR. NO. S-13-033, and the later filed criminal action in CR. NO. S-13-169 reveals that the actions are related within the meaning of Local Rule 123.  The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-13-169 is reassigned to Judge Nunley for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "TLN" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court shall make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: 5/8/13

HON. TROY L. NUNLEY
U.S. DISTRICT COURT JUDGE

///