UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 9, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACKIE LESTER SHOULTS,

    Defendant.

Case Nos.
2:13-CR-00169-TLN and 2:13-CR-00033-TLN,

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JACKIE LESTER SHOULTS, Case Nos. 2:13-CR-00169-TLN and 2:13-CR-00033-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    __X__ (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on April 9, 2020 at 10:10 AM.

By: _____

District Judge Troy L. Nunley